No. 88-1439.   MONTGOMERY ET AL. *v.* AURIEMMA ET AL. C. A. 7th Cir.   Certiorari denied.

No. 88-1545.   LAURINS *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 88-1566.   CITY OF LITTLE ROCK *v.* WILLIAMS.   C. A. 8th Cir.   Certiorari denied.

No. 88-1620.   PETRUS *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 88-1621.   GAMBINO *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 88-1638.   PG PUBLISHING CO., T/A THE PITTSBURGH POST-GAZETTE *v.* DiSALLE ET UX.   Super. Ct. Pa.   Certiorari denied.

No. 88-1659.   KANNE ET UX. *v.* CONNECTICUT GENERAL LIFE INSURANCE CO.   C. A. 9th Cir.   Certiorari denied.

No. 88-1664.   DiNORSCIO *v.* UNITED STATES; and
No. 88-6875.   COHEN ET AL. *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.   Reported below: 864 F. 2d 271.

No. 88-1684.   HENDERSON *v.* L. G. BALFOUR CO.   C. A. 5th Cir.   Certiorari denied.

No. 88-1745.   COWHIG *v.* MARSH, SECRETARY OF THE ARMY. C. A. 1st Cir.   Certiorari denied.

No. 88-1761.   SMITH *v.* VAN DUYN.   App. Ct. Ill., 3d Dist. Certiorari denied.

No. 88-1765.   PIZARRO *v.* PLATT ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 88-1767.   SAVE YONKERS FEDERATION, INC., ET AL. *v.* SAND, JUDGE, UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK.   C. A. 2d Cir.   Certiorari denied.